# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Corry Darnell Carrigan, | ) | Case No. 1:24-cr-655 |
| | ) | |
| Defendant. | ) | |

On October 28, 2024, Defendant filed a Motion for Substitution of Counsel. (Doc. No. 47). Therein he advises that he has retained attorney Andrew Schultz to represent him in this matter.

The court **GRANTS** Defendant's motion (Doc. No. 47). Attorney Andrew Schultz shall be substituted as counsel of record for Defendant. Defendant's court-appointed counsel, Katie Winbauer, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2024.

>
> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court